THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Appellant, *v.* TIMOTHY L. WOODRUFF, as Lieutenant-Governor of the State of New York, et al., Composing the Commissioners of the Land Office of the State of New York, et al., Respondents.

*People ex rel. City of New York* v. *Woodruff,* 39 App. Div. 123, affirmed. (Argued April 19, 1899; decided May 12, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered March 22, 1899, affirming an order of Special Term denying the appellant's motion for a peremptory writ of mandamus in a proceeding instituted in behalf of the dock department of the city of New York to compel the commissioners of the land office to insert certain terms and conditions in a grant of land under water which they had directed to be issued to Edward A. Whittemore and others for the purposes of commerce.

*John Whalen, Corporation Counsel* (*Terence Farley, Theodore Connoly, Charles Blandy* and *Edwin J. Freedman* of counsel), for appellant.

*John C. Davies, Attorney-General, Theodore E. Hancock* and *George W. Stephens* for respondents.

Judgment and order affirmed, with costs, on opinion below. All concur.